UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    CRIMINAL NO. 26-30033

          Plaintiff                        Original District No. 20CR00691
                                            21CR00132

v.

**SCOTT SMITH**

          Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER
## OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant, **SCOTT SMTIH** to answer to supervised release violation allegations pending in another federal district, and states:

1.  On **January 17, 2026**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of Ohio based on a Petition.** Defendant is charged in that district with a violation of **Supervised Release**.

2.  Rule 32.1 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary hearing as described in Rule 32.1(b)(1).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure.

Respectfully submitted

JEROME F. GORGON, JR.
United States Attorney


s/*Ann Nee*
ANN NEE
Assistant U.S. Attorney
211 W. Fort Street, Ste 2001
Detroit, Michigan 48226

Dated: January 7, 2026