UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

v.

SCOTT SMITH,

Defendant.

_____/

CRIMINAL NO. 26- **30033**

Original District No.
20CR00691/21CR00132

**WAIVER OF RULE 32.1 FINDINGS
AND PRELIMINARY HEARING**

I, **SCOTT SMITH** understand that in the **Northern District of Ohio** charges are

pending alleging violation of **Supervised Release** and that I have been arrested in this

District and taken before a United States Magistrate Judge who informed me of my

right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford
one.

2. Have an identity hearing to determine if I am the person named in the charge.

3. Have a preliminary hearing to determine whether there is probable cause to
believe a violation has been committed by me; the hearing to be held either in
this district of the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( )    identity hearing

( )    preliminary hearing

identity hearing but request a preliminary hearing to be held in the district
of prosecution

and therefore consent to the issuance of an order requiring my appearance in the

prosecuting district where the charge is pending against me.

_____

Defendant

Dated: 1/18/26

_____

Counsel for Defendant

Dated: 1/18/26